# U.S. District Court
## North Carolina Middle District (NCMD)
## CRIMINAL DOCKET FOR CASE #: 1:20−cr−00347−LCB−1
### *Internal Use Only*

Case title: USA v. ATOYEBI

Date Filed: 08/31/2020

Date Terminated: 06/14/2021

Assigned to: JUDGE LORETTA C. BIGGS

**Defendant (1)**

| | | |
|---|---|---|
| **EMMANUEL OLAKUNLE ATOYEBI** <br> *TERMINATED: 06/14/2021* | represented by | **KATHLEEN A. GLEASON** <br> 301 N. ELM ST., STE. 410 <br> GREENSBORO, NC 27401 <br> 336−333−5455 <br> Fax: 336−333−5463 <br> Email: kathleen_gleason@fd.org <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| 18:611(a); Voting by Alien (1) | Three (3) years probation, $125 special assessment, $3000 fine |
| 18:1001(a)(2); False Statement (4) | Three (3) years probation to run concurrently with Count 1 |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:1425(a); Procurement of Citizenship (2) | Dismissed |
| 18:1546(a); False Statement − Visa (3) | Dismissed |

**Highest Offense Level (Terminated)**

Felony

**Complaints**                                              **Disposition**

None

---

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **MATTHEW G. T. MARTIN** |
| | | NO LONGER ASSOCIATED WITH FIRM |
| | | U. S. ATTORNEY'S OFFICE |
| | | 101 S. EDGEWORTH ST., 4TH FLOOR |
| | | GREENSBORO, NC 27401 |
| | | 336−333−5351 |
| | | Fax: 336−333−5381 |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: United States Attorney* |
| | | |
| | | **STEPHEN THOMAS INMAN** |
| | | U. S. ATTORNEY'S OFFICE − MDNC |
| | | 101 S. EDGEWORTH ST., 4TH FLOOR |
| | | GREENSBORO, NC 27401 |
| | | 336−333−5351 |
| | | Fax: 336−333−5381 |
| | | Email: stephen.inman@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 08/31/2020 | 1 | | INDICTMENT as to EMMANUEL OLAKUNLE ATOYEBI (1) count(s) 1, 2, 3, 4. (Hicks, Samantha) (Entered: 09/01/2020) |
| 09/01/2020 | 3 | | ARREST Warrant Issued in case as to EMMANUEL OLAKUNLE ATOYEBI. (Hicks, Samantha) (Entered: 09/01/2020) |
| 09/08/2020 | | | Arrest of EMMANUEL OLAKUNLE ATOYEBI on 9/8/2020. (Garrett, Kim) (Entered: 09/08/2020) |
| 09/08/2020 | | | Minute Entry for proceedings held before MAG/JUDGE JOE L. WEBSTER:Initial Appearance/Release as to EMMANUEL OLAKUNLE ATOYEBI held on 9/8/2020. Interpreter not required. Defendant informed of rights and charges. AFPD Kathleen Gleason appointed. Government not requesting detention. Defendant released. Proceedings Recorded. (Garrett, Kim) (Entered: 09/08/2020) |
| 09/08/2020 | 4 | | SEALED FINANCIAL AFFIDAVIT by EMMANUEL OLAKUNLE ATOYEBI. (Garrett, Kim) (Entered: 09/08/2020) |
| 09/08/2020 | 5 | | ORDER appointing AFPD KATHLEEN A. GLEASON for EMMANUEL OLAKUNLE ATOYEBI. Signed by MAG/JUDGE JOE L. WEBSTER on |

| | | | |
|---|---|---|---|
| | | | 9/8/20. (Garrett, Kim) (Entered: 09/08/2020) |
| 09/08/2020 | 6 | | **ORDER Setting Conditions of Release** for EMMANUEL OLAKUNLE ATOYEBI. Signed by MAG/JUDGE JOE L. WEBSTER on 9/8/20. (Garrett, Kim) (Entered: 09/08/2020) |
| 09/08/2020 | 7 | | Appearance Bond Entered as to EMMANUEL OLAKUNLE ATOYEBI (cc: PTS) (Garrett, Kim) (Entered: 09/08/2020) |
| 09/14/2020 | 8 | | Arrest Warrant Returned Executed on 09/08/2020 in case as to EMMANUEL OLAKUNLE ATOYEBI. (Taylor, Abby) (Entered: 09/14/2020) |
| 01/06/2021 | 9 | | STATUS REPORT by USA as to EMMANUEL OLAKUNLE ATOYEBI (MARTIN, MATTHEW) (Entered: 01/06/2021) |
| 01/12/2021 | 10 | | PLEA AGREEMENT as to EMMANUEL OLAKUNLE ATOYEBI (MARTIN, MATTHEW) (Entered: 01/12/2021) |
| 01/12/2021 | 11 | | Factual Basis Document as to EMMANUEL OLAKUNLE ATOYEBI filed on 1/12/2021 (MARTIN, MATTHEW) (Entered: 01/12/2021) |
| 01/14/2021 | | | Minute Entry for proceedings held before JUDGE LORETTA C. BIGGS: ARRAIGNMENT as to EMMANUEL OLAKUNLE ATOYEBI as to Counts 1, 4 held on 1/14/2021 via Zoom Video Conference. AFPD Kathleen Gleason appeared on behalf of the Defendant. AUSA Stephen Inman appeared on behalf of the Government. Defendant affirmed. Court administered a colloquy with respect to the defendant waiving his right to appear physically in the courtroom; Court accepts the defendant's waiver. Defendant enters plea of GUILTY to counts 1, 4.(Court Reporter Lori Russell.) (Blay, Debbie) (Entered: 01/14/2021) |
| 01/14/2021 | | | Minute Entry for proceedings held before JUDGE LORETTA C. BIGGS:GUILTY PLEA AT ARRAIGNMENT HEARING held on 1/14/2021. Defendant present on bond and appeared via video link to the courtroom. AFPD Kathleen Gleason present on behalf of the Defendant. AUSA Stephen Inman present on behalf of the Government. Defendant affirmed and advised of rights/charges/penalties; Court reviews the plea agreement and factual basis; EMMANUEL OLAKUNLE ATOYEBI enters Plea of guilty to Counts 1,4. Remaining Counts to be dismissed at sentencing. Court finds the Defendant is competent to enter a guilty plea; plea accepted and Defendant adjudged GUILTY. Court orders the preparation of a Presentence Report. Defendant to remain at large under the present terms and conditions of release. Sentencing set for 5/18/2021 at 10:30 AM in Winston−Salem Courtroom #4 before JUDGE LORETTA C. BIGGS. (Court Reporter Lori Russell.) (Blay, Debbie) (Entered: 01/14/2021) |
| 01/14/2021 | | | Case as to EMMANUEL OLAKUNLE ATOYEBI reassigned to JUDGE LORETTA C. BIGGS. UNASSIGNED no longer assigned to the case. (Blay, Debbie) (Entered: 01/14/2021) |
| 03/26/2021 | 12 | | NOTICE OF ATTORNEY APPEARANCE STEPHEN THOMAS INMAN appearing for USA. (INMAN, STEPHEN) (Entered: 03/26/2021) |
| 04/07/2021 | 13 | | SEALED Draft Presentence Investigation Report as to EMMANUEL OLAKUNLE ATOYEBI. Per LCrR32.2, the parties shall notify the probation officer of initial objections or corrections/modifications to the presentence report by 4/21/2021. Pleadings related to sentencing factors are due by 4/28/2021. |

| | | | |
|---|---|---|---|
| | | | (Coble, Mary) (Entered: 04/07/2021) |
| 04/09/2021 | 14 | | SEALED Response to Draft PSR − NOTICE TO PROBATION AND OPPOSING COUNSEL ONLY as to EMMANUEL OLAKUNLE ATOYEBI. (INMAN, STEPHEN) (Entered: 04/09/2021) |
| 04/26/2021 | 15 | | ***FILED IN ERROR***SEALED PRESENTENCE INVESTIGATION REPORT − REVISED as to EMMANUEL OLAKUNLE ATOYEBI. (King, Alison) Modified on 4/26/2021 to mark as Filed in Error and to remove access to document. USPO to correctly re−file. (Garland, Leah) (Entered: 04/26/2021) |
| 04/26/2021 | 16 | | SEALED PRESENTENCE INVESTIGATION REPORT − REVISED as to EMMANUEL OLAKUNLE ATOYEBI. (King, Alison) (Entered: 04/26/2021) |
| 04/26/2021 | 17 | | SEALED Response to Draft PSR − NOTICE TO PROBATION AND OPPOSING COUNSEL ONLY as to EMMANUEL OLAKUNLE ATOYEBI. (GLEASON, KATHLEEN) (Entered: 04/26/2021) |
| 05/07/2021 | 18 | | SEALED PRESENTENCE INVESTIGATION REPORT − FINAL as to EMMANUEL OLAKUNLE ATOYEBI. (Bateman, Janet) (Entered: 05/07/2021) |
| 05/17/2021 | 19 | | NOTICE of Rescheduling: Sentencing set for 5/18/2021 at 10:30 AM has been RESCHEDULED to 5/25/2021 at 3:15 PM in Winston−Salem Courtroom #4 before JUDGE LORETTA C. BIGGS. (Blay, Debbie) (Entered: 05/17/2021) |
| 05/21/2021 | 20 | | SEALED DOCUMENT by USA, EMMANUEL OLAKUNLE ATOYEBI as to EMMANUEL OLAKUNLE ATOYEBI (Attachments: # 1 Exhibit A)(GLEASON, KATHLEEN) (Entered: 05/21/2021) |
| 05/25/2021 | | | Minute Entry for Sentencing proceedings held on 5/25/2021 before JUDGE LORETTA C. BIGGS in Winston−Salem as to Defendant EMMANUEL OLAKUNLE ATOYEBI as to counts 1, 4. Counts 2, 3 Dismissed. AUSA Stephen Inman present on behalf of the Government. AFPD Kathleen Gleason present in court with Defendant. (Court Reporter Lori Russell.) (Blay, Debbie) (Entered: 05/25/2021) |
| 06/14/2021 | 21 | | JUDGMENT as to EMMANUEL OLAKUNLE ATOYEBI (1), Count(s) 1, Three (3) years probation, $125 special assessment, $3000 fine; Count(s) 2, 3, Dismissed; Count(s) 4, Three (3) years probation to run concurrently with Count 1. Signed by JUDGE LORETTA C. BIGGS on 06/10/2021. (Taylor, Abby) (Entered: 06/14/2021) |
| 06/14/2021 | 22 | | SEALED Statement of Reasons as to EMMANUEL OLAKUNLE ATOYEBI. (Taylor, Abby) (Entered: 06/14/2021) |
| 07/13/2022 | 23 | | Probation Jurisdiction Transferred to Eastern District of North Carolina as to EMMANUEL OLAKUNLE ATOYEBI Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (Taylor, Abby) (Entered: 07/13/2022) |

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FILED
IN THIS OFFICE

AUG 3 1 2020

Clerk U.S. District Court
Greensboro, NC
BY _____

UNITED STATES OF AMERICA      :

                     :

         v.            :      1:20CR 347 -1

                     :

EMMANUEL OLAKUNLE ATOYEBI    :

The Grand Jury charges that:

## COUNT ONE

On or about November 8, 2016, in the County of Guilford, in the Middle District of North Carolina, EMMANUEL OLAKUNLE ATOYEBI, an alien, cast a vote in an election held for the purpose of electing a candidate for the office of President, Vice President, Member of the United States Senate, and Member of the House of Representatives; in violation of Title 18, United States Code, Section 611(a).

## COUNT TWO

On or about November 17, 2016, in the County of Guilford, and elsewhere in the Middle District North Carolina, EMMANUEL OLAKUNLE ATOYEBI, an alien, knowingly attempted to procure his naturalization as a United States citizen contrary to law, by making a false statement regarding his naturalization application, to wit:

a. On Part 12, question 1 of ATOYEBI's naturalization application (Form N-400), in response to the question "Have you EVER claimed to be a U.S. citizen (in writing or any other way)?" he answered "no" when in fact as he then knew, he had claimed to be a United States citizen when he completed a voter registration application on June 17, 2012.

b. On Part 12, question 2 of ATOYEBI's naturalization application (Form N-400), in response to the question "Have you EVER registered to vote in any Federal, State or local election in the United States?" he answered "no" when in fact as he then knew, he had registered to vote by completing a voter registration application on June 17, 2012.

c. On Part 12, question 3 of ATOYEBI's naturalization application (Form N-400), in response to the question "Have you EVER voted in any Federal, State or local election in the United States?" he answered "no" when in fact as he then knew, he had voted in the 2016 General Election on or about November 8, 2016.

All in violation of Title 18, United States Code, Section 1425(a).

COUNT THREE

On or about November 17, 2016, in the County of Guilford, and elsewhere in the Middle District of North Carolina, EMMANUEL OLAKUNLE ATOYEBI, an alien, did knowingly subscribe as true under penalty of perjury under Title 28, United States Code, Section 1746, and present a false statement with respect to a material fact in an application required by the

2

immigration laws and regulations prescribed thereunder in a manner contrary to law, that is, EMMANUEL OLAKUNLE ATOYEBI stated falsely in an Application for Naturalization, Form N-400: (1) that he had never claimed to be a United States citizen, when in fact, as he then and there knew, he had claimed to be a United States citizen in a voter registration application, on or about June 17, 2012; (2) that he had never registered to vote in any Federal, State, or local election in the United States, when in fact, as he then and there knew, he had registered to vote in a Federal, State or local election in the United States on or about June 17, 2012; (3) that he had never voted in any Federal, State, or local election in the United States, when in fact, as he then and there knew, he had voted in the 2016 General Election on or about November 8, 2016; in violation of Title 18, United States Code, Section 1546(a).

## COUNT FOUR

On or about July 27, 2020, in the County of Guilford, in the Middle District of North Carolina, EMMANUEL OLAKUNLE ATOYEBI did willfully and knowingly make a materially, false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, by stating to federal agents that he did not vote in the 2016 General Election and that he had not communicated

3

with state election authorities regarding his registration to vote, when, as EMMANUEL OLAKUNLE ATOYEBI then and there well knew, he had in fact voted in the 2016 General Election and communicated orally and in writing with state election authorities regarding his registration to vote and voting; in violation of Title 18, United States Code, Section 1001(a)(2).

DATED: August 31, 2020

BY: MATTHEW G.T. MARTIN
United States Attorney

A TRUE BILL:

FOREPERSON

4

# United States District Court
## Middle District of North Carolina

**FILED**
JUN 1 1 2021
IN THIS OFFICE
Clerk U.S. District Court
Greensboro, N.C.
By

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | |
| EMMANUEL OLAKUNLE ATOYEBI | Case Number: 1:20-CR-00347-1 |
| | USM Number: 07529-509 |

Kathleen A. Gleason, Assistant Federal Public Defeder
Defendant's Attorney

## THE DEFENDANT:

☒ pleaded guilty to counts 1, 4.

☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.

☐ was found guilty on count(s) _____ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18:611(a) | Voting by Alien | 11/08/2016 | 1 |
| 18:1001(a)(2) | Making a False Claim | 07/27/2020 | 4 |

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☒ Counts 2, 3 are dismissed on the motion of the Defendant with no objection from the United States.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the economic circumstances.

May 25, 2021
Date of Imposition of Judgment

Signature of Judge

Loretta C. Biggs, United States District Judge

Name & Title of Judge

Jun 10, 2021
Date

DEFENDANT:       EMMANUEL OLAKUNLE ATOYEBI
CASE NUMBER:     1:20-CR-00347-1

# PROBATION

You are hereby sentenced to probation for a term of:  **three (3) years.**

**[3 years as to each of counts 1 and 4 to run concurrently]**

# MANDATORY CONDITIONS

1.  You must not commit another federal, state or local crime.
2.  You must not unlawfully possess a controlled substance
3.  You must refrain from any unlawful use of a controlled substance.  You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

        ☒ The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse.  *(Check, if applicable.)*

4.  ☒ You must cooperate in the collection of DNA as directed by the probation officer. *(Check, if applicable.)*

5.  ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which you reside, work, are a student, or were convicted of a qualifying offense. *(Check, if applicable.)*

6.  ☐ You must participate in an approved program for domestic violence. *(Check, if applicable.)*

7.  ☐ You must make restitution in accordance with 18 U.S.C. §§ 2248, 2259, 2264, 2327, 3663, 3663A, and 3664. *(check if applicable)*
8.  You must pay the assessment imposed in accordance with 18 U.S.C. § 3013.
9.  If this judgment imposes a fine, you must pay in accordance with the Schedule of Payments sheet of this judgment.
10. You must notify the court of any material change in your economic circumstances that might affect your ability to pay restitution, fines, or special assessments.

     You must comply with the standard conditions that have been adopted by this court as well as with any I conditions on the attached page.

DEFENDANT:          EMMANUEL OLAKUNLE ATOYEBI
CASE NUMBER:        1:20-CR-00347-1

## STANDARD CONDITIONS OF SUPERVISION

As part of your probation, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1.  You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of the time you were sentenced, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2.  After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3.  You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4.  You must answer truthfully the questions asked by your probation officer.
5.  You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6.  You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7.  You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8.  You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9.  If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

# U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____          Date_____

DEFENDANT: EMMANUEL OLAKUNLE ATOYEBI
CASE NUMBER: 1:20-CR-00347-1

# SPECIAL CONDITIONS OF SUPERVISION

1.Within 72 hours of being placed on probation or upon completion of the custody sentence, the defendant shall surrender to a duly authorized ICE official, in accordance with established procedures provided by the Immigration and Naturalization Act, 8 U.S.C. § 1101. If ordered deported, the defendant shall remain outside the United States during the term of supervision and shall not reenter the United States without the permission of the United States Attorney General or the Secretary of the Department of Homeland Security.

2.The defendant shall provide any requested financial information to the probation officer.

DEFENDANT: EMMANUEL OLAKUNLE ATOYEBI
CASE NUMBER: 1:20-CR-00347-1

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | **Assessment** | **Restitution** | **Fine** | **AVAA Assessment*** | **JVTA Assessment**** |
|---|---|---|---|---|---|
| **TOTALS** | $125.00 | $.00 | $3,000.00 | | |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

☐ Restitution amount ordered pursuant to plea agreement $

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

   ☐ the interest requirement is waived pursuant to 18 U.S.C. Section 3612(f)(3) for the   ☐ fine   ☐ restitution.

   ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
** Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
*** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: EMMANUEL OLAKUNLE ATOYEBI
CASE NUMBER: 1:20-CR-00347-1

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A ☒ Lump sum payment of $ 3,125.00 due immediately, balance due

☐ not later than _____ , or

☒ in accordance with ☐ C, ☐ D, ☒ E, or ☐ F below; or

B ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

C ☐ Payment in equal _____ (e.g. weekly, monthly, quarterly) installments of $_____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D ☒ Fine in the amount of $3,000.00 is due immediately. The defendant shall make payments in equal, monthly installments of $150 to begin 60 days after the date of this judgment and continuing during the entire term of probation or until paid in full. The monthly payment amount is subject to re-evaluation by the U.S. Probation Office to determine if the amount is appropriate.

E ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ☐ Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are to be made to the Clerk of Court, United States District Court for the Middle District of North Carolina, 324 West Market Street, Greensboro, NC 27401-2544, unless otherwise directed by the court, the probation officer, or the United States Attorney. **Nothing herein shall prohibit the United States Attorney from pursuing collection of outstanding criminal monetary penalties.**

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

Defendant and Co-Defendant Names, Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

**Payments shall be applied in the following order: (1) assessment; (2) restitution principal; (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.**

FILED
in the Middle District of
North Carolina

07/13/2022
12:08 p.m.

Clerk, US District Court
By: _____AT_____

Prob 22
(9/00)

## TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER (Tran Court) | 1:20CR00347-1 |
| DOCKET NUMBER (Rec Court) | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Emmanuel Olakunle Atoyebi<br>ED/NC (Wake Cty) | Middle District of North Carolina | Winston-Salem |

| | | | |
|---|---|---|---|
| | NAME OF SENTENCING JUDGE<br>The Honorable Loretta C. Biggs | | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM<br>5/25/2021 | TO<br>5/24/2024 |

**OFFENSE**
18 U.S.C. 611(a) Voting by Alien; 18 U.S.C. 1001(a)(2) Making a False Claim

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

**IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the EASTERN DISTRICT OF NORTH CAROLINA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

June 27, 2022
Date

United States District Judge

\* This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA

**IT IS HEREBY ORDERED** that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

July 12, 2022
Date

Richard E. Myers II, Chief U.S. District Judge